IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INGURAN, LLC, d/b/a SEXING TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARK BUTZ, and<br>TIM RAUEN,<br><br>　　　　Defendants, | CIVIL ACTION NO. 4:19-CV-574<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff, Inguran, LLC dba Sexing Technologies, and Defendants, Mark Butz and Tim Rauen, (collectively "the Parties") hereby provide this status report regarding their efforts to file dismissal papers based on their settlement. The Parties would show the Court the following:

　　　　1.　　　　The Parties have finalized and executed the settlement papers resolving this dispute and have agreed upon a form for the Joint Motion seeking dismissal of this action.

　　　　2.　　　　At this time, however, the injunction entered by the Court in *GenoSource, LLC v. Inguran, LLC d/b/a Sexing Technologies*, Case No. 18-CV-113-CJW-KEM, in the Northern District of Iowa (the "Iowa Action") prohibiting Plaintiff from taking action in this matter remains in place.[1] On October 16, 2019, the parties to the Iowa Action filed their Joint Motion to Dismiss with Prejudice, a copy of which is attached hereto as Exhibit 1. As part of that Joint Motion, the parties asked the Court in the Iowa Action to terminate and dissolve all existing injunctions entered by the Court. (Ex. 1, Joint Motion, ¶ 5.) The Court in the Iowa Action has not yet ruled on the Joint Motion.

---

[1] A copy of the Injunction Order in the Iowa Action was filed in this action as Docket No. 13 on February 27, 2019.

1

3. The Parties to this action are prepared to file their Joint Motion to Dismiss with Prejudice in this Court promptly after the injunction in the Iowa Action is lifted.

WHEREFORE, the Parties respectfully submit this Status Report to inform the Court that they will file the Joint Motion to Dismiss with Prejudice promptly after the injunction prohibiting Plaintiff from taking action in this case is terminated in the Iowa Action.

Date:  October 25, 2019

/s/   Michael L. Rice
Michael L. Rice
TX Bar Number 16832465
	Direct Dial: (312) 638-8781
	Email: mikerice@hlawllc.com
Harrison Law LLC
3131 McKinney Avenue, Suite 600
Dallas, TX 75204
Chicago, IL  60602
Phone:   (469) 287-7808
Fax:  (312) 638-8793

*Attorney-in-Charge for Defendants
Mark Butz and Tim Rauen*

/s/   Michael Reeder
Jim Wetwiska
Michael Reeder
Akin Gump Straus Hauer & Feld LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002
jwetwiska@akingump.com
mreeder@akingump.com

Kirt S. O'Neill
Dennis Windscheffel
Akin Gump Straus Hauer & Feld LLP
112 E. Pecan Street, Suite 1010
San Antonio, TX 78205
koneill@akingump.com
dwindscheffel@akingump.com

*Attorneys for Plaintiff Inguran, LLC d/b/a Sexing Technologies*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depositor this 25th day of October, 2019.  I declare under penalty of perjury that the foregoing is true and correct.

*/s/Michael L. Rice*